NUMBER 13-00-00416-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


DARLA SOUTHWEST, INC., Appellant,


v.



INTERCOASTAL WRECKING AND RECOVERY, INC., Appellee.

_____________________________________________________________


On Appeal from the 191st District Court


of Dallas County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on May 5, 2005, due to the bankruptcy of one
of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. Since
the abatement there has been no activity in this appeal. On April 16, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the
parties that failure to respond to the order would result in reinstatement and dismissal of
the appeal for want of prosecution. 

 The parties have failed to respond. Accordingly, we reinstate and DISMISS THE
APPEAL FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b).


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 21st day of May, 2009.